UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DIANA HUDON | : | |
| | : | |
| vs. | : | C.A. No. 08-127 ML |
| | : | |
| AMERICAN CANADIAN CARIBBEAN LINE, INC. | : | |

**ENTRY OF APPEARANCE**

To the Clerk of Court:

Kindly enter our appearance on behalf of the Defendant, American Canadian Caribbean Line, Inc., in the within matter.

AMERICAN CANADIAN CARIBBEAN LINE, INC.
By its Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 457-5196
(401) 274-9600 (fax)

**CERTIFICATE OF SERVICE**

I certify that I mailed a copy of the within Entry of Appearance to Stephen T. Fanning, Esq., 305 South Main Street, Providence, Rhode Island 02903, on May 2, 2008.

#895532 v1