UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DIANA HUDON | : | |
| | : | |
| vs. | : | C.A. No. 08-127 ML |
| | : | |
| AMERICAN CANADIAN | : | |
| CARIBBEAN LINE, INC. | : | |

**ANSWER**

American Canadian Caribbean Line, Inc., defendant in the within matter, answers plaintiff's complaint as follows:

1-2. Admitted.

3. Admitted, except defendant denies that it engaged in any unlawful practices.

4-6. Admitted.

7. Admitted, except defendant has insufficient information to form a belief as to the location of plaintiff's residence and said allegation is therefore denied.

8-16. Admitted.

17. Denied, except defendant admits that plaintiff's employment was terminated in June of 2007.

18-29. Denied.

30. Defendant incorporates herein by reference its answers to paragraphs 1 through 29 above.

31-35. Denied.

36. Defendant incorporates herein by reference its answers to paragraphs 1 through 29 above.

37-41. Denied.

42. Defendant incorporates herein by reference its answers to paragraphs 1 through 29 above.

43-47. Denied.

AFFIRMATIVE DEFENSES

1. The complaint fails to state claims against defendant upon which relief may be granted.

2. Plaintiff has failed to exhaust administrative and statutory remedies.

3. Plaintiff has failed to mitigate her damages.

WHEREFORE, defendant requests that the complaint be dismissed, with prejudice, and that defendant be awarded costs and reasonable attorneys' fees.

AMERICAN CANADIAN CARIBBEAN LINE, INC.
By its Attorneys,

/s/ Michael F. Kraemer

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
401-457-5196
401-277-9600 (fax)

May 6, 2008

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the within Answer to Stephen T. Fanning, Esq., 305 South Main Street, Providence, Rhode Island 02903, on May 6, 2008.

/s/ Michael F. Kraemer

#895570v1 (22055/135679)