UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Diana Hudon

CA 08-127ML

V.

American Canadian Caribbean
Line, Inc.

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Berry Mitchell** is appointed as neutral and a mediation shall be held in **September, 2008** and a report shall be filed within (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Court Judge
August 26 , 2008

Entered as an Order of this Court on August 26 , 2008.

D. Dulane
Deputy Clerk