**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DIANA HUDON,** | ) | |
| Plaintiff | ) | |
| | ) | C.A. No.: 08-127 ML |
| **v.** | ) | |
| | ) | |
| **AMERICAN CANADIAN CARIBBEAN LINE, INC.** Defendant | ) | |

**PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Now comes the Plaintiff, Diana Hudon, and files this Objection and Opposition to Defendant American Canadian Caribbean Line, Inc.'s Motion to Compel Discovery.

**For the reasons set forth in the Attached Memorandum, Plaintiff respectfully urges that the Motion be Denied. A hearing on this matter has been scheduled for September 19, 2008.**

Respectfully Submitted,
Diana Hudon
By Her Attorney
Stephen T. Fanning
/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
401-272-8250
401-272-4520 fax

**Certification**

I hereby certify that on September 11, 2008, a true and correct copy of the above was filed electronically. Notice of this filing will be sent by e-mail to counsel for the Defendant: Michael F. Kramer, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Stephen T. Fanning